

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2018

No. 04-18-00385-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Krystal Dawn **MATHIS**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-576
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to September 10, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court